```
              IN THE UNITED STATES DISTRICT COURT
           FOR THE EASTERN DISTRICT OF PENNSYLVANIA

WILLIE POLITE, et al.,          :    CIVIL ACTION
                                :    NO. 08-6046
         Plaintiffs,            :
                                :
    v.                          :
                                :
PENNSYLVANIA DEPARTMENT OF      :
CORRECTIONS, et al.,            :
                                :
         Defendants.            :
```

## O R D E R

**AND NOW**, this **22nd** day of **March, 2012,** it is hereby **ORDERED** that Plaintiffs' Motions for Discovery (ECF Nos. 55, 56, 58) are **GRANTED** as outlined herein.  Defendants shall produce the following discovery to each Plaintiff by **April 23, 2012**:

1. Complete copy of Plaintiff-Stover's medical record from 1988 to present, produced to Plaintiff-Stover;

2. Complete copy of Plaintiff-Wheeler's medical record from March 29, 2000, to present, produced to Plaintiff-Wheeler;

3. Complete copy of Plaintiff-Polite's medical record from March 29, 2000, to present, produced to Plaintiff-Polite;

4. Complete Copy of Plaintiff-Monroe's medical record from March 29, 2000, to present, produced to Plaintiff-Monroe;

5. Plaintiffs are permitted to depose: Joseph Korszniak, Leiliani Sears, Jack Staffaroni, Richard Stefanic, and Felipe Arias via (a) written depositions pursuant to

      Federal Rule of Civil Procedure 31; and (b) written interrogatories;

6. The entire contract between the Commonwealth of Pennsylvania and Defendant-Prison Health Services that provides the rights and obligations for medical services, if it has not already been produced;

7. A copy of 37 Pa. Code § 93.12(e);

8. Public job description of the Secretary of the Pennsylvania Department of Corrections and mission statement;

9. Copy of the oath of office taken by Defendant-Beard;

10. Inmate handbook;

11. In lieu of producing documents, Defendants shall identify the licenses, board certifications, and years of experience of all physicians, nurses, psychiatrists, and psychologists that treated Plaintiffs while they were in the custody of Defendant-Pennsylvania Department of Corrections.  Each physician, nurse, psychiatrist, or psychologist shall be identified by number and remain anonymous until, for good cause shown, it is otherwise Ordered by the Court;

12. Any service contracts between Defendants and non-party MHM Correctional Services, for services render at the Pennsylvania Department of Corrections;

It is hereby further **ORDERED,** that all other discovery requests within Plaintiffs' Motions for Discovery (ECF Nos. 55, 56, 58) are **DENIED without prejudice;**

It is hereby further **ORDERED** that, as the Court is granting Plaintiffs limited discovery, Defendants motions for summary judgment (ECF Nos. 46, 48) are **DENIED without prejudice;**

It is hereby further **ORDERED** that any motions for summary judgment shall be filed by **May 23, 2012.** Any response to motions for summary judgment shall be filed by **July 9, 2012.** Any reply shall be filed by **July 24, 2012.**

**AND IT IS SO ORDERED.**

 S/Eduardo C. Robreno
**EDUARDO C. ROBRENO, J.**